# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1181
LT Case No. 2019-CA-1937

_____

CHRISTOPHER A. CROUCH, JR.,
and LISA CROUCH

     Appellants,

     v.

NEWREZ, LLC d/b/a, Shellpoint
Mortgage Servicing,

     Appellee.

_____

On appeal from the Circuit Court for Marion County.
Victor J. Musleh, Judge.

Blake J. Fredrickson, of Fredrickson Law Group, P.A., Tampa, for Appellants.

Michael T. Ruff, of Padgett Law Group, Tallahassee, for Appellee.


May 21, 2024


PER CURIAM.

     AFFIRMED.


MAKAR, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____